UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   BILL R. BEYERSDOERFER<br><br>                     Debtor | CASE NO: 07-30254<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005251**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 9 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 62.33 |

                                        /s/ Jeffrey M. Kellner
                                     Jeffrey M. Kellner  0022205
                                     Chapter 13 Trustee
                                     131 N LUDLOW ST   SUITE 900
                                     DAYTON, OH  45402-1161
                                     (937)222-7600   Fax (937)222-7383
                                     email: chapter13@dayton13.com

                                     Dated: 3/22/2010

Certificate of Service 07-30254

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BILL R. BEYERSDOERFER
144 BROADWAY STREET SOUTH
MIDLAND, OH  45148

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(9.1)
CAPITAL ONE
% TSYS DEBT MANAGEMENT
BOX 5155
NORCROSS, GA  30091

(1003.1n)
CHRISTOPHER G PHILLIPS
SHAPIRO VAN ESS PHILLIPS
4805 MONTGOMERY ROAD STE 320
CINCINNATI, OH  45212

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner              cs